UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM D. SCOTT, JR.,         ) | |
|                                    ) | |
|       Plaintiff,              ) | |
|                                    ) | **JUDGMENT** |
| v.                                   ) | No. 5:14-CV-291-RJ |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
|       Defendant.          ) | |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [DE-17] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-19] is ALLOWED, and the final decision of the Commissioner is upheld.

This Judgment Filed and Entered on September 23, 2015 with service on:
Charlotte Williams Hall (via Notice of Electronic Filing)
Christian M. Vainieri (via Notice of Electronic Filing)

|  | JULIE RICHARDS JOHNSTON, CLERK |
|---|---|
| DATE | /s/ Jacqueline B. Grady |
| September 23, 2015 | Jacqueline B. Grady, Deputy Clerk |